In the Matter of the Application to Punish GILBERT HALL for Contempt of Court.

(Argued April 6, 1896; decided April 14, 1896.)

THIS was a motion to dismiss the appeal herein.

*James A. O'Gorman* for motion.

*John F. Brennan* opposed.

Motion granted upon payment of taxable costs and disbursements up to the present time, not including the argument fee; and if not paid within twenty days, then the motion is denied, with ten dollars costs.